**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

_www.txcourts.gov/13thcoa_

January 11, 2016

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
201 West 14th St., Room 106
Austin, TX 78701

Re:      Cause No. 13-14-00090-CR
Tr.Ct.No. C1CR-11-221292
Style:    Jason Harding v. The State of Texas

The record in the above cause was this day electronically submitted to the Court of Criminal Appeals. Exhibits [SX2, SX3, & DX along with Sealed medical records] will be mailed separately.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:    Hon. Giselle Horton (DELIVERED VIA E-MAIL)
       Hon. Ariel Payan (DELIVERED VIA E-MAIL)
       Hon. David A. Escamilla (DELIVERED VIA E-MAIL)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2016

Abel Acosta, Clerk